## RECONSIDERATION DOCKET

**96–1999. State ex rel. Salyer v. Ohio Bur. of Workers' Comp.**
Franklin App. No. 95APD10–1341. Reported at 83 Ohio St.3d 387, 700 N.E.2d 19. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**97–2641. Cincinnati Bar Assn. v. Fidler.**
Reported at 83 Ohio St.3d 396, 700 N.E.2d 323. On motion for reconsideration. Motion denied.

**98–473. BSW Dev. Group v. Dayton.**
Montgomery App. No. 15186. Reported at 83 Ohio St.3d 338, 699 N.E.2d 1271. On motion for reconsideration. Motion denied.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1220. State v. Hanes.**
Sandusky App. No. S–98–018. Reported at 83 Ohio St.3d 1446, 700 N.E.2d 331. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**98–1361. Guess v. Ohio Dept. of Rehab. & Corr.**
Franklin App. No. 98AP–476. Reported at 83 Ohio St.3d 1452, 700 N.E.2d 334. On motion for reconsideration. Motion denied.

**98–1389. Guess v. Attorney General's Office.**
Franklin App. No. 97API11–1450. Reported at 83 Ohio St.3d 1452, 700 N.E.2d 334. On motion for reconsideration. Motion denied.

**98–1391. State v. Guess.**
Franklin App. No. 98AP–308. Reported at 83 Ohio St.3d 1452, 700 N.E.2d 334. On motion for reconsideration. Motion denied.